UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 16  2 00 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

BRUCE E. KAUFMAN and
BETTE L. OFFRET

CIVIL ACTION NO.
No. 3:02CV1700 (PCD)

    Plaintiffs

v.

NATIONAL RAILROAD
PASSENGER CORPORATION

October 14, 2003

    Defendant

NOTICE OF COMPLIANCE

The plaintiffs hereby certify that they have served upon the defendant their Compliance with Section A of the Trial Preparation Order.

PLAINTIFFS

By    _____
Louis A. Highmark, Jr.
Federal Bar No. ct07000
Fink and Highmark
8 Crossroads Plaza
West Hartford, CT 06117
(860) 236-6858

CERTIFICATION OF SERVICE

I hereby certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record on the date set forth above:

Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
PO Box 3057
Stamford, CT 06905

_____
Louis A. Highmark, Jr.