UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 29  12 02 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

----------------------------------

BRUCE E. KAUFMAN and
BETTE L. OFFRET

    Plaintiffs

v.

NATIONAL RAILROAD
PASSENGER CORPORATION

    Defendant

----------------------------------

CIVIL ACTION No.:
No. 3:02CV1700 (PCD)

October 28, 2003

MOTION FOR CONTINUANCE

The plaintiffs hereby move for a continuance and enlargement of time, and corresponding amendment of the Trial Preparation Order, to allow the plaintiffs a reasonable amount of time, until January 15, 2004, in which to engage substitute counsel in this matter. As a result of the recurrence of a medical problem, the undersigned counsel for the plaintiffs is presently unable to continue with his representation of the plaintiffs and as a sole practitioner, has no other counsel to assume responsibility for this action. The undersigned is in the process of engaging other counsel to represent the plaintiffs, but new counsel will need a reasonable amount of time in which to prepare for trial. A short continuance to January 15, 2004 is, therefore, being requested.

The undersigned has conferred with counsel for the defendant and the defendant has no objection to this Motion.

For the foregoing reasons, the plaintiffs request the extension to January 15, 2004 for the present Trial Preparation Order deadlines and the start of jury selection.

```
                                    PLAINTIFFS

                                    By    _____
                                          Louis A. Highmark, Jr.
                                          Federal Bar No. ct07000
                                          Fink and Highmark
                                          8 Crossroads Plaza
                                          West Hartford, CT 06117
                                          (860) 236-6858
```

### CERTIFICATION OF SERVICE

I hereby certify that I delivered a true and correct copy of the foregoing via United States mail, first class, postage prepaid, to the following counsel of record on the date set forth above:

Jeffrey N. Gaull, Esq.
Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
PO Box 3057
Stamford, CT 06905

_____
Louis A. Highmark, Jr.