UNITED STATES DISTRICT COURT  FILED
FOR THE DISTRICT OF CONNECTICUT

Oct 29  12 02 PM '03

U.S. DISTRICT COURT
NEW HAVEN CONN.

---------------------------

BRUCE E. KAUFMAN and                    CIVIL ACTION No.:
BETTE L. OFFRET                         No. 3:02CV1700 (PCD)

         Plaintiffs

v.

NATIONAL RAILROAD
PASSENGER CORPORATION                   October 28, 2003

         Defendant

---------------------------

MOTION FOR CONTINUANCE

The plaintiffs hereby move for a continuance and enlargement of time,

and corresponding amendment of the Trial Preparation Order, to allow the

plaintiffs a reasonable amount of time, until January 15, 2004, in which to

engage substitute counsel in this matter.  As a result of the recurrence of

a medical problem, the undersigned counsel for the plaintiffs is presently

unable to continue with his representation of the plaintiffs and as a sole

practitioner, has no other counsel to assume responsibility for this

action.  The undersigned is in the process of engaging other counsel to

represent the plaintiffs, but new counsel will need a reasonable amount of

time in which to prepare for trial.  A short continuance to January 15,

2004 is, therefore, being requested.

The undersigned has conferred with counsel for the defendant and the

defendant has no objection to this Motion.

10/31/03.  GRANTED-IN-PART.  Jury selection will be continued to the December Jury Selection with trial subject to assignment on or before
December 5, 2003.  SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.