FILED

Oct 30  4 08 PM '03

UNITED STATES DISTRICT COURT
DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

-----------------------------------------X
BRUCE E. KAUFMAN and
BETTE L. OFFRET,

       Plaintiffs,

CIVIL ACTION
NO. 3:02 CV 1700 (PCD)

V.

NATIONAL RAILROAD
PASSENGER CORPORATION,

       Defendant.

OCTOBER 27, 2003

-----------------------------------------X

## NOTICE OF COMPLIANCE

The defendant, National Passenger Railroad Corporation, hereby certifies that it has served upon the plaintiff its Compliance with Section B of the September 22, 2003 Trial Preparation Order.

THE DEFENDANT,

By_____
JEFFREY N. GAULL (ct24629)
Ryan, Ryan, Johnson & Deluca, LLP
Post Office Box 3057, 80 Fourth Street
Stamford, CT  06905
203-357-9200
Juris No. 52525

## CERTIFICATION OF SERVICE

     I certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Louis A. Highmark, Jr., Esq.
Fink & Highmark
P.O. Box 370038
West Hartford, CT 06117

this 27th. day of October, 2003.

                                            JEFFREY N. GAULL