FILED

Nov 3  11 05 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

-------------------------------------X
BRUCE E. KAUFMAN and
BETTE L. OFFRET,

        Plaintiffs,

V.

NATIONAL RAILROAD
PASSENGER CORPORATION,

        Defendant.

-------------------------------------X

CIVIL ACTION
NO. 3:02 CV 1700 (PCD)

OCTOBER 30, 2003

### MOTION TO DISMISS AND/OR PRECLUDE

Pursuant to Federal Rules of Civil Procedure, Rules 37(b), 37(d) and 41(b), the undersigned defendant, National Railroad Passenger Corporation, respectfully moves this Court to dismiss this action. In the alternative, the defendant moves to preclude the plaintiffs, Bruce E. Kaufman and Bette L. Offret, from testifying at the trial of this matter.

In support of this motion, the defendant states the following:

### FACTS

1.     This case was originally removed to the United States District Court for the District of Connecticut from the Superior Court of the State of Connecticut for the Judicial District

DENIED for failure to comply with the service/filing requirements of this Court's Supplemental Order. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

11/5/03