UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Nov 18   11 59 AM '03

------------------------------

BRUCE E. KAUFMAN and
BETTE L. OFFRET

   Plaintiffs

v.

NATIONAL RAILROAD
PASSENGER CORPORATION

   Defendant

------------------------------

CIVIL ACTION No.
No. 3:02CV1700 (PCD)

U.S. DISTRICT COURT
NEW HAVEN, CONN.

November 17, 2003

OBJECTION TO MOTION TO DISMISS AND/OR PRECLUDE

 The plaintiffs hereby object to the defendant's Motion to Dismiss and/or Preclude dated October 30, 2003 for the following reasons:

 1. As previously discussed with defendant's counsel and the Court(Lawrence W. Iannotti, PJO) at the status conferences, the plaintiffs have been handicapped by the fact that they are Arizona residents being treated in Arizona, final medical reports could not be obtained from the initial treating physician (as a result of his untimely death), and the physician presently treating the plaintiffs was unable to provide the usual reports of the plaintiffs' injuries until May of 2003.

 2. Once all of the medical reports were provided, counsel for the parties attempted to settle this action, hoping to avoid the substantial expense of the plaintiffs return to Connecticut for depositions. Counsel for the defendant was ultimately unable to obtain any substantial settlement authority, after considerable delay, to settle the claims without the depositions.

 3. In efforts to coordinate the deposition schedule with independent medical examinations, plaintiffs counsel waited for the promised response

from defendant's counsel for such coordinated activities, but never received a response.

4. The two continuances of the depositions were by mutual agreement of counsel.

5. Continued efforts at rescheduling were then affected by the undersigned counsel's medical problem, resulting in the plaintiffs' filing of a Motion for Continuance, which was granted by the Court.

6. Despite the above problems, the plaintiffs' depositions will be completed on November 19th.

7. For the reasons previously disclosed, new counsel will be required to represent the plaintiffs.

8. In addition, the undersigned's mother was just hospitalized in Indiana with a terminal medical condition and the undersigned has just returned temporarily to Connecticut after spending all of last week in Indiana trying to care for his mother. The Court Clerk and defendant's counsel were advised of the emergency on November 10th. It is anticipated that counsel for the plaintiffs will be unable to conduct any court business for the next two months and will be "on call" to leave the State on short notice.

9. The plaintiffs should not be prejudiced by the foregoing series of events beyond their, or anyone's control.

10. The plaintiffs represent that they have acted in good faith and in reliance on the actions and statements of the defendant in seeking to resolve any discovery issues to the mutual satisfaction of all parties and would now be unfairly prejudiced by the dismissal of their action or the preclusion of their testimony.

For the foregoing reasons, the plaintiffs object to the defendant's Motion and request the opportunity to fully present their case in court.

```
                              PLAINTIFFS

                          By  _____
                              Louis A. Highmark, Jr.
                              Federal Bar No. ct07000
                              Fink and Highmark
                              8 Crossroads Plaza
                              West Hartford, CT 06117
                              (860) 236-6858
```

## CERTIFICATION OF SERVICE

I hereby certify that I delivered a true and correct copy of the foregoing via United States mail, first class, postage prepaid, to the following counsel of record on the date set forth above:

Jeffrey N. Gaull, Esq.
Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
PO Box 3057
Stamford, CT 06905

_____
Louis A. Highmark, Jr.