# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

-----------------------------------------X

BRUCE E. KAUFMAN and
BETTE L. OFFRET,

            Plaintiffs,

V.

NATIONAL RAILROAD
PASSENGER CORPORATION,

            Defendant.

-----------------------------------------X

CIVIL ACTION
NO.  3:02 CV 1700 (PCD)

DECEMBER 22, 2003


## <u>REQUEST FOR EXCLUSION FROM MOTION FILING PROCEDURE</u>

The undersigned defendant, National Railroad Passenger Corporation, respectfully requests this Court to excuse it from the motion filing procedures before Judge Dorsey and to consider the attached Motion in Limine to Preclude.  There is good cause to grant this request, as the parties were just recently notified that jury selection in the case is scheduled to commence on January 9, 2004, and the motion filing procedures before Judge Dorsey prevent the attached Motion in Limine from being considered by the Court in a timely manner.

Wherefore, the defendant now respectfully requests this Court to consider the attached Motion in Limine to Preclude.

THE DEFENDANT,

By_____
JEFFREY N. GAULL (ct24629)
Ryan, Ryan, Johnson & Deluca, LLP
Post Office Box 3057, 80 Fourth Street
Stamford, CT   06905
203-357-9200
Juris No. 52525

2

## CERTIFICATION OF SERVICE

I certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Louis A. Highmark, Jr., Esq.
Fink & Highmark
P.O. Box 370038
West Hartford, CT 06117

this ___22___ day of December, 2003.

JEFFREY N. GAULL

215.064\:\Processes\215.064\Request for Exclusion.wpd

3