UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

JAN 5  11 11 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Bruce E. KAUFMAN and
Bette L. OFFRET,
Plaintiffs,

-vs-                                    : 3:02cv1700 (PCD)

NATIONAL RAILROAD
    PASSENGER CORPORATION
Defendant.

## RULING ON MOTION FOR EXCLUSION FROM MOTION FILING PROCEDURE AND ORDER

Defendant moves for leave from the Supplemental Order to file its motion in limine on the basis that good cause exists because jury selection is scheduled on January 9, 2004, with trial to follow shortly thereafter [*see* Doc. No. 3 ¶1(m)].

Defendant's motion [Doc. No. 23] is **granted**. It is hereby ORDERED that (1) Plaintiff's opposition to Defendant's motion in limine to preclude [Doc. No. 24] be filed directly with the Court on or before January 8, 2004, and (2) Defendant's reply, should it wish to file one, be filed directly with the Court on or before January 13, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, January 5, 2004.

_____
Peter C. Dorsey
Senior United States District Judge