UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
----------------------------------
BRUCE E. KAUFMAN and                      CIVIL ACTION No.:
BETTE L. OFFRET                           No. 3:02CV1700 (PCD)

        Plaintiffs
v.

NATIONAL RAILROAD
PASSENGER CORPORATION                     January 19, 2004

        Defendant
----------------------------------
```

MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned counsel for the plaintiffs hereby moves for leave to withdraw his appearance on behalf of the plaintiffs for the medical and other reasons previously disclosed to the Court and defendant's counsel. It is anticipated that an appearance by new counsel for the plaintiffs will be on file with the Clerk's Office upon or shortly after receipt of this Motion.

_____
Louis A. Highmark, Jr.
Federal Bar No. ct07000
Fink and Highmark
8 Crossroads Plaza
West Hartford, CT 06117
(860) 236-6858

CERTIFICATION OF SERVICE

I hereby certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record on the date set forth above:

Jeffrey Gaull, Esq.
Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
PO Box 3057
Stamford, CT 06905

Louis A. Highmark, Jr.