UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X
BRUCE E. KAUFMAN and
BETTE L. OFFRET,

          Plaintiffs,

V.

NATIONAL RAILROAD
PASSENGER CORPORATION,

          Defendant.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

CIVIL ACTION
NO. 3:02 CV 1700 (PCD)

JANUARY 29, 2004

**OBJECTION TO MOTION TO WITHDRAW**

       The defendant hereby objects to plaintiffs' counsel's Motion to Withdraw, dated January 19, 2004. The basis for this Objection is that new counsel has not yet appeared for the plaintiffs, and a withdrawal by plaintiffs' current counsel is untimely and will unnecessarily delay the trial in this matter, to the prejudice and detriment of the defendant.

       **Facts**

       The Plaintiffs this action in the Connecticut Superior Court, judicial district of Hartford, by way of writ, summons and Complaint dated August 15, 2002. The case was then removed to the United States District Court for the District of Connecticut on September 19, 2002.

       On December 30, 2002, the Report of Parties Planning Meeting was filed jointly by the parties.

The report indicated that the case would be prepared for trial by August 30, 2003. (Attached as Exhibit A). On September 22, 2003, a Trial Preparation Order was issued by the Court, indicating that the case shall be deemed ready for trial on November 12, 2003. (Attached as Exhibit B). On October 23, 2003, a Notice to Counsel was issued by the Court, indicating that jury selection will commence at 9:00 a.m. on November 4, 2003. (Attached as Exhibit C).

On October 28, 2003, plaintiffs filed a Motion for Continuance of the trial to January 15, 2004, citing a need to engage substitute counsel in the matter. On October 31, 2003, the Court ordered the case continued to the December Jury Selection, with trial subject to assignment on or before December 5, 2003. (See Order, attached as Exhibit D). The case was not reached on the December Jury Selection list, but thereafter, the Court issued Notice on December 15, 2003, that the case was appearing on the January 9, 2004, list for jury selection. (Attached as Exhibit E). On the eve of jury selection, January 8, 2004, the undersigned was notified by telephone by the Court Clerk that plaintiffs' counsel had requested, and been granted, a continuance of the trial due to personal health reasons. The case is expected to appear on the February Jury Selection list. Counsel's Motion to Withdraw followed.

**Argument**

The Motion to Withdraw is objected to because it is untimely and because is prejudices the prompt resolution of this matter, which has already been postponed by the plaintiffs on several occasions.

Preliminarily, the Motion to Withdraw merely states that an appearance by new counsel "is anticipated." It is prejudicial to the defendants and procedurally improper for counsel to withdraw from the matter without actually having substitute counsel appear on behalf of the plaintiffs in lieu of current counsel. This case was to have been prepared for trial by November 12, 2003. Instead, the case has been postponed on numerous occasions. The reason behind the delay is that counsel has sought to have new counsel assume responsibility for handling the case. As of the date of this motion, new counsel still has not been identified, has not filed an appearance in the case, and has not initiated any contact with the undersigned to discuss whether the case can be resolved by the parties without judicial intervention.

It is anticipated that this matter will appear on the February jury selection list. Presumably, if the Motion to Withdraw is granted and new counsel files an appearance on behalf of the plaintiffs, the first action new counsel will take will be the filing of yet another motion to have this matter continued, yet again, to some point in the future, to allow new counsel to become familiar with the case. By seeking to withdraw at this late date, nearly three months after the case was ordered to be prepared for trial, more than three months after plaintiffs first indicated their intent to engage new counsel, and after the case has already appeared on two Jury Selection lists, the plaintiffs are forcing the undersigned to expend considerable time and effort preparing for a trial that plaintiffs continually delay.

**Conclusion**

For the foregoing reasons, the defendant respectfully objects to plaintiffs' counsel's Motion to Withdraw.

                              THE DEFENDANT,

By_____
JEFFREY N. GAULL (ct24629)
Ryan, Ryan, Johnson & Deluca, LLP
Post Office Box 3057, 80 Fourth Street
Stamford, CT   06905
203-357-9200
Juris No. 52525

CERTIFICATION OF SERVICE

      I certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Louis A. Highmark, Jr., Esq.
Fink & Highmark
P.O. Box 370038
West Hartford, CT 06117

this 29th day of January, 2004

                                  _____
                                  JEFFREY N. GAULL

215.064I:\Procases\215.064\Obj to Mtn to Withdraw.wpd