# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BRUCE E. KAUFMAN and
BETTE L. OFFRET

vs.

NATIONAL RAILROAD
PASSENGER CORPORATION

APPEARANCE  FILED

Feb 4  12:55 PM '04

CASE NUMBER: 3:02CV1700 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

the Plaintiffs, Bruce E. Kaufman and Bette L. Offret.

February 3, 2004
Date

ct04329
Connecticut Federal Bar Number

(860) 225-8403
Telephone Number

(860) 223-4026
Fax Number

peterupton@eaml.com
E-mail address

_[signature]_
Signature

Peter N. Upton
Print Clearly or Type Name

Eisenberg, Anderson, Michalik & Lynch LLP
136 West Main Street
Address
P.O. Box 2950
New Britain, CT 06050-2950

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Louis A. Highmark, Jr., Esq.
Fink and Highmark
8 Crossroads Plaza
West Hartford, CT 06117

Jeffrey N. Gaull, Esq.
Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001