UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bruce E. KAUFMAN and<br>    Bette L. OFFRET,<br>        Plaintiffs, | :<br>:<br>:<br>: |
| -vs- | : 3:02cv1700 (PCD)<br>: |
| NATIONAL RAILROAD<br>    PASSENGER CORPORATION<br>        Defendant. | :<br>:<br>: |

<u>ORDER TO SHOW CAUSE</u>

On January 21, 2004, Plaintiffs' attorney Louis A. Highmark, Jr. filed a motion to withdraw, and stated that "[i]t is anticipated" that new counsel will file an appearance "upon or shortly after receipt of this Motion." To date, no such appearance has been filed. It is hereby

ORDERED, that Attorney Highmark serve a copy of his motion to withdraw and this Order on Plaintiffs and file a return of service on or before February 6, 2004, and it is further

ORDERED, that Plaintiffs cause counsel to appear on their behalf, or file a *pro se* appearance on or before February 13, 2004. On February 13, 2004, if, compliant herewith, an appearance for or by Plaintiffs has been filed, Attorney Highmark's appearance shall be stricken.

It is further ORDERED, absent compliance with the appearance ordered herein on or before February 13, 2004, the motion to withdraw shall then be granted and the case shall be dismissed for want of an appearance by or on behalf of Plaintiffs and for failure to comply with a Court order.

SO ORDERED.

Dated at New Haven, Connecticut, January 30 , 2004.

                                          /S/
                                   Peter C. Dorsey
                              United States District Judge