UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Feb 5   3 40 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Bruce E. KAUFMAN and
    Bette L. OFFRET,
        Plaintiffs,

    -vs-                           : 3:02cv1700 (PCD)

NATIONAL RAILROAD
    PASSENGER CORPORATION
        Defendant.

### RULING ON LOUIS HIGHMARK'S MOTION TO WITHDRAW

In light of the notice of appearance by attorney Peter N. Upton on behalf of both Plaintiffs, Louis Highmark's motion for leave to withdraw appearance [Doc. No. 30] is hereby **granted**. Jury selection is scheduled for March 3, 2004. Attorney Upton shall be prepared to select a jury on this date and try the case soon thereafter.

SO ORDERED.

Dated at New Haven, Connecticut, ~~March~~ February 5, 2004.

_____
Peter C. Dorsey
United States District Judge