# RYAN, RYAN, JOHNSON & DELUCA, LLP

J. PAUL JOHNSON*
CHARLES A. DELUCA†
DANIEL E. RYAN III*†
MICHAEL T. RYAN†
KEVIN M. TEPAS
ROBERT C.E. LANEY
CATHERINE S. NIETZEL†
BEVERLY J. HUNT
ROBERT O. HICKEY
DANIELLE DiBERARDINI-ALBRECHT
CYNTHIA A. DiPRETA*
ANTHONY D. SUTTON
JOSEPH C. VALDES
JANE C. HAGERTY
JAMES J. NOONAN*
JOHN J. PEZZILLO*
ERIC W.F. NIEDERER
R. KELLEY FRANCO*
JEFFREY N. GAULL
JEFFREY C. NAGLE*
SUSAN B. PAPZYMIESO
JAMES A. MAHAR*
LAUREN E. ABBATE
RICHARD L. GRANT*

ATTORNEYS AT LAW
80 FOURTH STREET
P.O. BOX 3057
STAMFORD, CONNECTICUT 06905
TELEPHONE: (203) 357-9200
FAX: (203) 961-9872
E-MAIL: INFO@RRJD-LAW.COM
INTERNET: HTTP://WWW.RRJD-LAW.COM

OF COUNSEL
DANIEL E. RYAN, JR.
W. PATRICK RYAN*
CHARLES M. McCAGHEY*

*ALSO ADMITTED IN NEW YORK

†CERTIFIED CIVIL TRIAL
ADVOCATE-NATIONAL
BOARD OF TRIAL ADVOCACY

February 13, 2004

The Honorable Peter C. Dorsey
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

**Re:** <u>Kaufman, Bruce E., et al v. NRPC</u>
**Docket No.:** 3:02 CV1700 (PCD)

Dear Judge Dorsey:

    We represent the defendant, National Railroad Passenger Corporation, in the above-captioned case. Please allow this letter to serve as a formal request that this matter be designated as an electronically filed case. We make this request with the consent of plaintiffs' counsel, Peter Upton, Esq., who is copied on this correspondence.

Very truly yours,

Jeffrey N. Gaull
jngaull@rrjd-law.com

JNG:mg
cc: Peter Upton, Esq.

I:\Procases\215.064\Dorsey021304.wpd