UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE E. KAUFMAN, ET AL. : | |
| : | |
| VS. : | CASE NO. 3:02CV1700 (PCD) |
| : | |
| NATIONAL RAILROAD PASSENGER CORP. : | |

**ENDORSEMENT ORDER**

Defendant's letter, document no. 35, is construed as a Motion for Order Designating as Electronically Filed Case, and is GRANTED upon consent of the parties.

SO ORDERED.  Dated at New Haven, Connecticut, this 19th  day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court