Civ/Crim Jsel (January 18, 2002)

HONORABLE PCD

DEPUTY CLERK P. Villano RPTR/ERO/TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 3/3/04 START TIME 11:50a END TIME 5:10p

LUNCH RECESS FROM ______ TO ______

RECESS FROM ______ TO ______ (if more than 1/2 hour)

Kauffman

vs.

National RR Corp

CIVIL NO. 3:02cv1700 (PCD)

Peter Upton
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Jeffrey Gauld
Defendants Counsel
Robert Hickey
Anthony Sutton

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to ______

☑ ☑ (jyselect./h) Jury Selection held ☐ Jury Selection continued until ______

☐ # ___ Motion ______ ☐ granted ☐ denied ☐ advisement

☐ # ___ Motion ______ ☐ granted ☐ denied ☐ advisement

☐ # ___ Motion ______ ☐ granted ☐ denied ☐ advisement

☐ # ___ Motion ______ ☐ granted ☐ denied ☐ advisement

☐ ______ ☐ filed ☐ docketed

☐ ______ ☐ filed ☐ docketed

☐ ______ ☐ filed ☐ docketed

☐ ______ ☐ filed ☐ docketed

☑ 90 # jurors present

☑ Voir Dire oath administered by Clerk ☑ previously administered by Clerk

☑ Voir Dire by Court

☑ Peremptory challenges exercised (See attached)

☑ Jury of 10 drawn (See attached) ☑ and sworn ☐ Jury Trial commences

☑ Remaining jurors excused

☐ Discovery deadline set for ______

☐ Disposition Motions due ______

☐ Joint trial memorandum due ______

☑ Trial continued until 4/5/04 at 10:00

✓ Court orders lunch for jury

☑ COPY TO: JURY CLERK

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

2-3 days

3:02cv1700 Kaufman v. Nat'l. RR

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100138437<br>EAST HAVEN | 01-0228 | **COLE, JEANNETTE A**<br>DEPUTY DIR | CP |
| 2 | 100160379<br>NAUGATUCK | 01-0261 | **KIEVITS, NANCY B**<br>CUSTOMER SERVICE MGR | CP |
| [illegible] | 100078807<br>OAKDALE | 01-0280 | **SWIDER, ROBERT E**<br>RETIRED | [illegible] |
| 4 | 100158658<br>HAMDEN | 01-0219 | **DIMAIO, ROBERT E**<br>OPTICIAN | CP |
| 5 | 100157409<br>DEEP RIVER | 01-0293 | **CABRAL, SHAWN**<br>CHEMIST | CP |
| 6 | 100072414<br>NORWICH | 01-0233 | **SULLIVAN, SUSAN L**<br>SECRETARY | CP |
| 7 | 100141566<br>PROSPECT | 01-0197 | **PARADIS, GINA S**<br>PHARMACY TECH | CP |
| 8 | 100128753<br>NAUGATUCK | 01-0161 | **SUPRANOVICH, CHERYLE R**<br>RISK ANALYST | CP |
| 9 | 100068127<br>LEDYARD | 01-0281 | **FONTANEZ, ROSA I**<br>COURT INTERPRETER | CP |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100171399<br>KILLINGWORTH | 01-0246 | **KAZMIRSKY, CYNTHIA A**<br>PROPERTY MGR | 3/10 - 15 | CP |
| 11 | 100139664<br>HAMDEN | 01-0176 | **FREEMAN, WILLIAM M**<br>TEACHER | | CP |
| 12 | 100133771<br>MILFORD | 01-0266 | **LUZZI, JEFFREY J**<br>PROJECT MGR | | CP |
| 13 | 100177686<br>WALLINGFORD | 01-0230 | **BUCKLEY, JAMES J**<br>ENGINEER | | PP |
| 14 | 100075193<br>NEW LONDON | 01-0177 | **MCKAY, MICHAEL B**<br>TRAINING MGR | | CP |
| 15 | 100173726<br>NEW HAVEN | 01-0163 | **SEGUI, RAMON J**<br>GLASS INSTALLER | | PD |
| [illegible] | 100172551<br>WATERBURY | 01-0202 | **BOYNTON, LANCE R**<br>CHEMIST | 3/7 - 3/11<br>3/15 | [illegible] |
| 17 | 100144066<br>HAMDEN | 01-0204 | **MARTINO, CHRISTINE** | | CP |
| [illegible] | 100153251<br>BRANFORD | 01-0269 | **DWYER, RICHARD T**<br>BANKING | | [illegible] |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100159119<br>SEYMOUR | 01-0190 | **FARRINGTON, DENNIS C**<br>AUTO MECHANIC | CP |
| 20 | 100136416<br>CLINTON | 01-0188 | **BUSCH, MARY-KELLY** 4/9 - 18<br>WRITER | CP |
| 21 | 100130705<br>MERIDEN | 01-0160 | **COSSIO-BAKER, JULIANA G**<br>SOCIAL WORKER | CP |
| 22 | 100174622<br>WALLINGFORD | 01-0231 | **KOSTICK, ROBERT W**<br>COMPUTER TECH | CP |
| 23 | 100145483<br>GUILFORD | 01-0168 | **LAPIERRE, GORMAN B** renda wk of 3/23 | CP |
| 24 | 100069358<br>WATERFORD | 01-0238 | **RADACK, JAMES P**<br>LOCKSMITH | CP |
| 25 | 100139819<br>WOLCOTT | 01-0250 | **CHERNAK, ANDREW C**<br>RETAIL SALES | PD |
| 26 | 100167193<br>MILFORD | 01-0174 | **CHEVETT, WILLIAM E**<br>JIG BUILDER | CP |
| 27 | 100144673<br>MIDDLETOWN | 01-0157 | **LANE, MOLLIE L**<br>CUSTODIAN | PD |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| [illegible] | 100077672 VOLUNTOWN | 01-0283 | **CLEMENTS JR, EARL B** DECK HAND | | [illegible] |
| 29 | 100078450 SALEM | 01-0217 | **KUNG, DANIEL W** SCIENTIST | | CP |
| 30 | 100073624 STONINGTON | 01-0215 | **REGAN, JOSEPH MARTIN** TRUCK DRIVER | | CP |
| [illegible] | 100170018 WATERBURY | 01-0198 | **WHARTON, PAULA E** CONTROLLER | 4/12 | [illegible] |
| [illegible] | 100068081 NIANTIC | 01-0221 | **MUNGER, SCOTT H** CONTRACT LINEMAN | 4/9 - 18 - vac | [illegible] |
| 33 | 100148852 CHESHIRE | 01-0276 | **LOHR, DENISE A** STAFFING COORDINATOR | 3/8, 3/26 wk 4/12 | CP |
| 34 | 100178533 NEW HAVEN | 01-0191 | **COX, LOUIS A** DELIVERY PERSON | 3/30 - 4/12 - vac 3/22 | CP |
| [illegible] | 100153863 BEACON FALLS | 01-0218 | **GROHS, KENNETH E** JUDICIAL MARSHAL | | [illegible] |
| 36 | 100075232 TAFTVILLE | 01-0262 | **GALLIGAN, KRISTIN M** INVESTIAGTOR | | CP |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| [illegible] | 100080284<br>LEDYARD | 01-0267 | **MCNEIL, MARK N**<br>HEAVY EQUIP OPERATOR<br>860 536-6251 | [illegible] |
| 38 | 100147754<br>NEW HAVEN | 01-0151 | **SALKINS, JAMES D**<br>RESPIRATORY THERAPST | CP |
| [illegible] | 100143990<br>MIDDLETOWN | 01-0223 | **MABINE, BRENDA P**<br>H.R. ASSOC | [illegible] |
| 40 | 100167052<br>WALLINGFORD | 01-0242 | **SULLIVAN, CHRISTOPHER L**<br>LANDSCAPER | CP |
| 41 | 100080045<br>WATERFORD | 01-0167 | **GILDAY, BRIAN P**<br>AREA SUPERINTENDENT | CP |
| 42 | 100068488<br>NIANTIC | 01-0258 | **HANSON, SCOTT E**<br>ASST MGR<br>3/18-4/1 | CP |
| [illegible] | 100177041<br>ANSONIA | 01-0205 | **WILLIAMS, GERTRUDE**<br>HOUSEWIFE | [illegible] |
| 44 | 100079329<br>NEW LONDON | 01-0192 | **BECKER, CAROLINE C**<br>STORE MGR | PD |
| 45 | 100172188<br>CHESHIRE | 01-0227 | **COCCHIARO, MICHAEL**<br>FLOOR COVERING | CP |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100126923<br>MILFORD | 01-0249 | **GRANT, JEREMY S**<br>DIETARY AIDE | | CP |
| D 47 | 100085932<br>MILFORD | 01-0173 | **DEFRANZO, ARLEEN M**<br>PARALEGAL | vac 4/7-18 | CP |
| 48 | 100179081<br>WATERBURY | 01-0248 | **LAFORME, JOHN M**<br>CUSTODIAN | | CP |
| 49 | 100174175<br>WALLINGFORD | 01-0166 | **IVES, GREGORY H**<br>SALES MGR | 4/9-25 | CP |
| [illegible] | 100172866<br>WALLINGFORD | 01-0172 | **FERNANDEZ, JOSE L**<br>OPERATIONS MGR | | J 10 |
| 51 | 100073800<br>WATERFORD | 01-0285 | **MCNULTY-HENNESEY, PAMELA ANN** | 3/11-30<br>4/13 | |
| 52 | 100135603<br>NEW HAVEN | 01-0150 | **JOYNER, LISA**<br>BUSINESS ADMIN | | |
| 53 | 100144566<br>NEW HAVEN | 01-0286 | **SPIEGEL, DEBRA A**<br>R.N. | | CP |
| 54 | 100158303<br>HAMDEN | 01-0179 | **RAPINI, ALLEN THOMAS**<br>IT SUPPORT | 3/18-25 | PP |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 55 | 100171814 MILFORD | 01-0169 | **MASTRANGELO, CAROL** CAFETERIA SUP | | |
| ~~56~~ | 100153147 DERBY | 01-0241 | **CALVERT, MELISSA** LOCKSMITH | | PP |
| 57 | 100135821 EAST HADDAM | 01-0278 | **HARRINGTON, MARTHA B** SECRETARY/RECEIPTION | | |
| 58 | 100141282 WATERFORD | 01-0199 | **CAREY, JOHN A** RETIRED | | |
| 59 | 100135861 WATERBURY | 01-0298 | **MANESS, KATHLEEN M** DIR OF OPERATIONS | | |
| ~~60~~ | 100132971 MILFORD | 01-0245 | **GUTH, TERRENCE W** PROFESSIONAL | 3/25-28 vac 4/18-22 vac | PP |
| ~~61~~ | 100074932 SALEM | 01-0282 | **GRAY, JACQUELINE** | -3/10 | PP |
| 62 | 100166202 NEW HAVEN | 01-0182 | **HENDERSON, DEIDRE** SOCIAL WORKER | 3/18-21 out | |
| ~~63~~ | 100076756 NORWICH | 01-0244 | **JOHNSON, ELSIE B** | | PD |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 64 | 100150799<br>WEST HAVEN | 01-0222 | **LANZIERO, LAURA J**<br>TRANSCRIPTIONIST | | |
| 65 | 100145361<br>WALLINGFORD | 01-0211 | **DIAS, LOIS B**<br>RETIRED | | |
| 66 | 100153492<br>ANSONIA | 01-0272 | **PAWLYK, MICHAEL A**<br>ELECTRICAL ENGINEER | | |
| 67 | 100079002<br>QUAKER HILL | 01-0264 | **SANDERS, CHERYL A**<br>BANK TELLER | 3/19-28 vac | |
| 68 | 100079708<br>GROTON | 01-0185 | **ALLEN JR, JOSEPH J**<br>DESIGNER | 3/16-20 - confl | |
| 69 | 100140453<br>NAUGATUCK | 01-0194 | **MULHALL, SEAN V**<br>RN | | |
| ~~70~~ | 100141074<br>HIGGANUM | 01-0184 | **DRAKE, DAVID A**<br>CARPENTER | | CP |
| 71 | 100155414<br>ROCKFALL | 01-0209 | **ROSA, ANNEMARIE**<br>OFFICE MGR | | |
| 72 | 100076051<br>NORWICH | 01-0155 | **BAINE, CHARLES A**<br>FARM WORKER | | |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 73 | 100134750<br>WEST HAVEN | 01-0265 | **VERGONI, LINDA L**<br>RETIRED | 3/25 & 26 Conf<br>4/15-22 vac | ______ |
| 74 | 100155302<br>EAST HAVEN | 01-0162 | **LINDBERG, LORRAINE A**<br>DOOR GREETER | | ______ |
| 75 | 100165012<br>MIDDLETOWN | 01-0206 | **SIMON, CATHERINE L**<br>R.N. | | ______ |
| 76 | 100152955<br>CROMWELL | 01-0274 | **KELLEHER, THOMAS**<br>BIOSTATISTIAN | 3/14-19<br>4/12-23 vac | ______ |
| 77 | 100171971<br>CLINTON | 01-0251 | **BAIMA, LORI A**<br>SCIENTIST | | ______ |
| 78 | 100171295<br>MILFORD | 01-0214 | **MAGURA, MICHAEL A**<br>SALES | 3/19, 20 & 21 | ______ |
| 79 | 100171441<br>MERIDEN | 01-0299 | **DICROSTA, MARK C**<br>FORKLIFT ENGINEER | 4/15-23 Conf | ______ |
| 80 | 100151462<br>MERIDEN | 01-0294 | **BOSSIDY, TRAVIS R**<br>INDUST ENG. | | ______ |
| 81 | 100076658<br>GROTON | 01-0175 | **HOLMES, MICHAEL S**<br>SECURITY OFCR | | ______ |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 82 | 100068180 EAST LYME | 01-0153 | **VYMOLA, GREG W** REAL ESTATE INVESTOR | 3/16, 3/25+26 | |
| 83 | 100139433 WATERBURY | 01-0271 | **BAXTER, BARBARA K** UNEMPLOYED | | |
| 84 | 100142658 WALLINGFORD | 01-0154 | **LARRY, ANTHONY J** TELECOMM TECH | 3/19, 22+23 | |
| 85 | 100148043 MADISON | 01-0275 | **LINKOV, JOSHUA E** ARCHITECTURE | 4/8-12 | CP |
| 86 | 100150540 GUILFORD | 01-0290 | **CLARK, CARRIE L** ADMIN ASST | vac 3/26-4/1 | |
| 87 | 100175423 DERBY | 01-0284 | **TRIMARCHI, ARLENE M** SALES REPRESENTATIVE | | |
| 88 | 100175343 WATERBURY | 01-0193 | **ANDERSON, ERIK M** SELF EMPLOYED | | |
| 89 | 100069765 LEBANON | 01-0240 | **MINER, HELEN V** | 4/14 | |
| 90 | 100168548 HAMDEN | 01-0207 | **LEGENHAUSEN, MILLIE C** REALESTATE | | |

Legend: J=Jury A=Alternate NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Bachman

VS. CASE NO. 3:02 cv 1700 (PCD)

National [illegible] Corp

CIVIL CHALLENGES

1. [illegible] 1.
2. [illegible] 2.
3. [illegible] 3.
4. [illegible] 4.
5. [illegible] 5.
6. 6.
7. 7.
8. 8.

Counsel for Plaintiff(s) [illegible]

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Kaufman

VS. CASE NO. [illegible]

[illegible] Corp.

CIVIL CHALLENGES

1.

2.

3.

4.

5.

6.

7.

8.

1. [illegible]

2. [illegible]

3. [illegible]

4.

5. [illegible]

6.

7.

8.

Counsel for Plaintiff(s)

Counsel for Defendant(s)

[illegible]