UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT          NEW HAVEN
March 3, 2004
Kevin F. Rowe, Clerk
by P.A. Villano
Deputy Clerk

---------------------------------------------X

BRUCE E. KAUFMAN and
BETTE L. OFFRET.

    Plaintiffs,

V.

NATIONAL RAILROAD
PASSENGER CORPORATION,

    Defendant.

CIVIL ACTION
NO. 3:02 CV 1700 (PCD)

MARCH 2, 2004

---------------------------------------------X

## PLAINTIFF'S PROPOSED RECITATION FOR THE PURPOSE OF INTRODUCTION OF THE CASE TO THE JURY

On or about August 24, 2000, in the early evening hours, the plaintiffs, Bruce E. Kaufman and Betty R. Offret, were passengers in a train owned and operated by the defendant, National Railroad Passenger Corporation a/k/a/ Amtrack, a federally chartered corporation doing business in the state of Connecticut.

At this time and within the state of Connecticut, the Amtrack train on which the plaintiffs were passengers was traveling across tracks owned and operated by the defendant in or near Meriden, Connecticut, when the train was caused to break and thereafter caused further to collide with an Amtrack vehicle and/or piece of equipment.

From this incident, plaintiffs Bruce E. Kaufman claim to have sustained personal injury.

THE PLAINTIFFS

By _____
Peter N. Upton
Eisenberg, Anderson, Michalik
 & Lynch
136 West Main Street, P.O. Box 2950
New Britain, CT  06050-2950
Telephone: (860) 229-4855


## CERTIFICATION

I certify that I have hand-delivered a true and correct copy of the foregoing to the following counsel and pro se parties of record:

Jeffrey N. Gaull
Ryan, Ryan, Johnson and DeLuca, LLP
P.O. Box 3057
80 Fourth Street
Stamford, CT 06905

_____
Peter N. Upton
Commissioner of the Superior Court