UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT NEW HAVEN
March 3, 2004
Kevin F. Rowe, Clerk
By P.A. Villano
Deputy Clerk

------------------------------------------X
BRUCE E. KAUFMAN and
BETTE L. OFFRET.

   Plaintiffs,

V.

NATIONAL RAILROAD
PASSENGER CORPORATION,

   Defendant.

------------------------------------------X

CIVIL ACTION
NO. 3:02 CV 1700 (PCD)

MARCH 2, 2004

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

This is a civil action in which the Plaintiffs claim to have sustained personal injury while passengers aboard a certain Amtrack passenger train operating within Connecticut. The plaintiffs are Bruce Kaufman and Bette Offret. Both plaintiffs resided and continue to reside in Arizona.

  QUESTION #1: Are you familiar with any medical or healthcare providers or organizations located in the Phoenix/Tempe/Glendale Arizona area?

  QUESTION #2: Have you ever been a passenger aboard an Amtrack passenger train?

  QUESTION #3: Have you, members of your immediate family, or close friends ever sustained personal injury while aboard an Amtrack passenger train? Have you ever sustained personal injury to the regions of either your neck or lower back?

QUESTION #4: Have you ever received medical treatment in a hospital emergency room? Have you ever undergone medical treatment by a neurologist? A doctor of osteopathy? Physical therapy?

QUESTION #5: Have you ever been involved in an incident or accident as a result of which you have sustained personal injury?

THE PLAINTIFFS

By _____
Peter N. Upton
Eisenberg, Anderson, Michalik
  & Lynch
136 West Main Street, P.O. Box 2950
New Britain, CT  06050-2950
Telephone: (860) 229-4855

## CERTIFICATION

I certify that I have hand-delivered a true and correct copy of the foregoing to the following counsel and pro se parties of record:

Jeffrey N. Gaull
Ryan, Ryan, Johnson & DeLuca, LLC
P.O. Box 3057
80 Fourth Street
Stamford, CT 06905

_____
Peter N. Upton
Commissioner of the Superior Court