UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE E. KAUFMAN AND
BETTE L. OFFRET

    VS.                                              CIVIL NO. 3:02 CV 1700 (PCD)

NATIONAL RAILROAD PASSENGER
CORPORATION

## ORDER OF DISMISSAL

Based on the parties' Stipulation of April 1, 2004 provided to the Court,

IT IS HEREBY ORDERED that this case be dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

Dated at New Haven, Connecticut, this 5th day of April, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge